UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:11-M-1151

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| BROWN, DOUGLAS W. | ) |
| | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about 17 January 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BROWN, DOUGLAS W., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about 17 January 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BROWN, DOUGLAS W., did knowing or having reason to know that a vehicle that he was operating was involved in an accident or collision, failed to report the accident to the appropriate law enforcement agency, in violation of Title 18, United States Code, Section 13 assimilating North Carolina General Statute 20-166.1(a).

## COUNT THREE

THAT, on or about 17 January 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BROWN, DOUGLAS W., did operate a motor vehicle upon a street, highway, or public vehicular area and did fail to maintain the limits of his lane, in violation of Title 18, United State Code, Section 13, assimilating North Carolina General Statute 20-146(d)(1).

## COUNT FOUR

THAT, on or about 17 January 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of

North Carolina, BROWN, DOUGLAS W., did operate a motor vehicle upon a street, highway, or public vehicular area while knowing the vehicle to be unregistered, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-111(1).

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: _____
JAMAL A. RHINEHARDT
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222